144 A.3d 925

**Ann COUGHLIN, Administratrix of the Estate of Thomas Coughlin, Deceased, Petitioner**

v.

**Ummu MASSAQUOI, Respondent.**

Supreme Court of Pennsylvania.

Aug. 24, 2016.

## ORDER

PER CURIAM.

**AND NOW,** this 24th day of August, 2016, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by Petitioner, is:

In a civil trial brought on behalf of a pedestrian who was killed by a motorist, is it reversible error where the defendant motorist admits evidence of the pedestrian's uncorroborated post-mortem blood alcohol content (BAC) by way of a toxicology expert who merely explains the uncorroborated BAC in terms of how an equivalent BAC would render an "average" person unfit to cross the street?